Thomas Brady, an Infant, by John B. Brady, His Guardian ad Litem, Respondent, v. Hudson River and Eastern Traction Company, Appellant.— Motion for

leave to appeal to the Court of Appeals denied. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Brooklyn Trust Company, as Trustee, etc., Respondent, v. Octavius T. Phillips, as Administrator, etc., Respondent, Impleaded with Sarah Ann Rhodes and Others, Appellants.— Motions denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.